# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERSON PARISH SCHOOL BOARD, | |
| | Civil Action No. _____ |
| Plaintiffs, | |
| v. | Removed from: |
| INDIAN HARBOR INSURANCE COMPANY, | 24th Judicial District Court |
| QBE SPECIALTY INSURANCE COMPANY, | Parish of Jefferson |
| STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, TRANSVERSE SPECIALTY INSURANCE COMPANY, NATIONAL FIRE & MARINE INSURANCE COMPANY, ARCH SPECIALTY INSURANCE COMPANY, LANDMARK AMERICAN INSURANCE COMPANY, EVEREST INDEMNITY INSURANCE COMPANY, FIRST SPECIALTY INSURANCE CORPORATION, GREAT AMERICAN INSURANCE COMPANY, MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, INTERSTATE FIRE AND CASUALTY INSURANCE COMPANY, INDEPENDENT SPECIALTY INSURANCE COMPANY, and GUARANTEE RESTORATION SERVICES, L.L.C., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon the following counsel to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first-class postage prepaid on this 25th day of August 2022 as follows:

1

**Plaintiff, Jefferson Parish School Board**
**Through their Counsel of Record:**
William P. Connick (#14158)
Connick and Connick, LLC
3421 N. Causeway Blvd.
Suite 408
Metairie, LA  70448
Telephone: 504-838-8777
Fax:  504-838-9903
Email:  pconnick@conniclaw.com

Patrick G. Kehoe, Jr. (#14419)
3524 Canal Street
New Orleans, Louisiana 70119
Telephone:  504-588-1110
Fax:  504-588-1954
Email:  pgkehoejr@kehoejr.com

Michael S. Sepcich (#24877)
T. Carey Wicker, III (#13450)
CAPITELLI & WICKER
1100 Poydras Street
Suite 2950
New Orleans, LA  70163
Telephone:  504-582-2425
Fax:  504-582-2422
Email:  mss@capitelliandwicker.com

WJ Leblanc (#01800)
4421 Zenith
Metairie, LA  70001

                Respectfully Submitted,

                By:   /s/ *Phillip J. Rew*
                      Bruce R. Hoefer, Jr. (#6889)
                      D. Russell Holwadel (#16975) T.A.
                      Phillip J. Rew (#25843)
                      Adams Hoefer Holwadel, LLC
                      400 Poydras Street, Suite 2450
                      New Orleans, Louisiana 70130
                      Tel.: (504) 581-2606
                      Fax: (504) 525-1488
                      Email: brh@ahhelaw.com
                      Email: drh@ahhelaw.com
                      Email: pjr@ahhelaw.com

*Attorneys for Defendant Swiss Re Corporation Solutions Capacity Insurance Corporation, formerly known as First Specialty Insurance Corporation*

Of counsel:

Aidan M. McCormack
Cyril E. Smith
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Tel. (212) 335-4500
Fax (212) 335-4501
Email: aidan.mccormack@dlapiper.com
Email: cyril.smith@dlapiper.com
*Attorneys for Defendant Swiss Re Corporation Solutions Capacity Insurance Corporation, formerly known as First Specialty Insurance Corporation*

195508417