# EXHIBIT A

**Santoro, Robert**

**From:** Michael Sepcich <mss@capitelliandwicker.com>
**Sent:** Friday, September 2, 2022 1:50 PM
**To:** Bruce Hoefer <brh@ahhelaw.com>
**Cc:** pgkehoejr@kehoejr.com; 'Wjleblanc' <wjleblanc@aol.com>; 'T. Carey Wicker lll' <tcw@capitelliandwicker.com>; 'Peter Connick' <pconnick@connicklaw.com>; Philip Rew <pjr@ahhelaw.com>
**Subject:** Re: WED. NOVEMBER 2, 2022 - - REMAND SUBMISSION DATE + JPSB DESIGNATION OF ARBITRATOR ?? - - JEFFERSON PARISH SCHOOL BOARD claim - - EDLA; Case No. 22-cv-02916

Bruce,

We have an agreement. You can represent to the Court that the JPSB consents to the November 2nd date as outlined in your email.

Michael S. Sepcich, Esq.

---

**From:** Bruce Hoefer <brh@ahhelaw.com>
**Sent:** Friday, September 2, 2022 12:53 PM
**To:** mss@capitelliandwicker.com <mss@capitelliandwicker.com>
**Cc:** pgkehoejr@kehoejr.com <pgkehoejr@kehoejr.com>; 'Wjleblanc' <wjleblanc@aol.com>; 'T. Carey Wicker lll' <tcw@capitelliandwicker.com>; 'Peter Connick' <pconnick@connicklaw.com>; Philip Rew <pjr@ahhelaw.com>
**Subject:** WED. NOVEMBER 2, 2022 - - REMAND SUBMISSION DATE + JPSB DESIGNATION OF ARBITRATOR ?? - - JEFFERSON PARISH SCHOOL BOARD claim - - EDLA; Case No. 22-cv-02916

Mike

Judge Barbier's October-November motion submission dates are October 19, November 2, 16, and 30. How bout you agree to the Wed. Nov. 2, 2022 motion submission date; which is a 42 day extension? In turn, we give you a 42 day extension to identify your client's Arbitrator as per below. So, 42 days from your original deadline of September 21 is the _same date_ - - _Wednesday November 2, 2022_.

Do you agree to this new schedule?  Can we represent to the Court that this is an agreed to date for the motion to remand submission date?  They may ask you all to make that affirmative statement; if the Court requires that, will you confirm with the Court, please?

Please advise soonest. Thank you, again.

Bruce

---

**From:** Bruce Hoefer <brh@ahhelaw.com>
**Sent:** Thursday, September 1, 2022 7:33 PM

1

**To:** mss@capitelliandwicker.com
**Cc:** pgkehoejr@kehoejr.com; 'Wjleblanc' <wjleblanc@aol.com>; 'T. Carey Wicker lll' <tcw@capitelliandwicker.com>; 'Peter Connick' <pconnick@connicklaw.com>; Philip Rew <pjr@ahhelaw.com>
**Subject:** AGREED EXTENSIONS ON REMAND SUBMISSION DATE + JPSB DESIGNATION OF ARBITRATOR ?? - - JEFFERSON PARISH SCHOOL BOARD claim - - EDLA; Case No. 22-cv-02916

Thanks, Mike.  If your client grants us our request, then, without prejudice to any of the Insurers' rights under the Policy, including the subject Arbitration Clause, our clients agree to grant JPSB an extension under Paragraph 2 of the subject Arbitration Clause for an additional 30 days to name its Arbitrator designee.  For the sake of good order, let's make sure we agree on the specific dates:

1. If the submission date on the Motion to Remand is currently Wednesday September 21, then 30 days beyond that is a *Friday,* October 21.  The Court does not set up Court submissions for Fridays, so let's go to the following submission date on Judge Barbier's calendar docket - - could be Wednesday October 26, 2022, or Wednesday November 2, 2022 ?  I'll find out tomorrow from his chambers as to what is the next submission date after October 21, okay?  Does that work for you?

2. I have been advised that Swiss Re's formal demand for arbitration to JPSB was dated August 17, 2022, but that a green card for the certified letter was dated August 22, 2022.  So, let's go with August 22, 2022.  Under the wording of the Arbitration Clause, 30 days from August 22 to identify your Arbitrator is Wednesday, September 21, 2022.  So, a 30 day extension of that September 21 deadline is Friday October 21, 2022.  So, October 21, 2022 will be JPSB's new deadline pursuant to the Arbitration Clause wording to name its Arbitrator.  Do you agree on that?

Please advise if we have an agreement on the above. Thanks, Mike.  We look forward to working with you and your team on this matter.

Bruce


**Bruce R. Hoefer, Jr.**
**Adams Hoefer Holwadel, LLC**
**REPRESENTING CLIENTS IN LOUISIANA, MISSISSIPPI + TEXAS**
**400 Poydras Street, Suite 2450**
**New Orleans, Louisiana 70130**
brh@ahhelaw.com
**Mobile:   (504) 723-8762**

Direct:     (504) 561-7785
Main:      (504) 581-2606
Fax:          (504) 525-1488
www.ahhelaw.com

---

**From:** mss@capitelliandwicker.com <mss@capitelliandwicker.com>
**Sent:** Thursday, September 1, 2022 1:22 PM
**To:** Bruce Hoefer <brh@ahhelaw.com>
**Cc:** Philip Rew <pjr@ahhelaw.com>; pgkehoejr@kehoejr.com; 'Wjleblanc' <wjleblanc@aol.com>; 'T. Carey Wicker lll' <tcw@capitelliandwicker.com>; 'Peter Connick' <pconnick@connicklaw.com>
**Subject:** RE: REQUEST FOR EXTENSION ON REMAND SUBMISSION DATE + OPPOSITION - - JEFFERSON PARISH SCHOOL BOARD - - EDLA; Case No. 22-cv-02916

Bruce:

I don't anticipate the request being a problem but will discuss with our client this afternoon.  Would you all be agreeable to an extension of time for us to respond to both requests for arbitration that has been made of the JPSB?

Mike


**Michael S. Sepcich, Esq.**
*Of Counsel*



1100 Poydras Street, Ste. 2950
New Orleans, Louisiana 70163
Phone: 504.582.2425
Fax: 504.582.2422


ATTENTION - PRIVILEGED AND CONFIDENTIAL, ATTORNEY WORK PRODUCT

---

**From:** Bruce Hoefer <brh@ahhelaw.com>
**Sent:** Thursday, September 1, 2022 10:59 AM
**To:** mss@capitelliandwicker.com; pgkehoejr@kehoejr.com
**Cc:** Philip Rew <pjr@ahhelaw.com>
**Subject:** REQUEST FOR EXTENSION ON REMAND SUBMISSION DATE + OPPOSITION - - JEFFERSON PARISH SCHOOL BOARD - - EDLA; Case No. 22-cv-02916

Michael and Patrick

On behalf of my clients, we ask for a 30 day extension on the submission date of your client's Motion to Remand in this matter. Thank you for your professional cooperation and consideration. Please advise. Thank you.

Bruce


**Bruce R. Hoefer, Jr.**
**Adams Hoefer Holwadel, LLC**
**REPRESENTING CLIENTS IN LOUISIANA, MISSISSIPPI + TEXAS**
**400 Poydras Street, Suite 2450**
**New Orleans, Louisiana 70130**
brh@ahhelaw.com
**Mobile:   (504) 723-8762**
**Direct:    (504) 561-7785**
**Main:     (504) 581-2606**
**Fax:       (504) 525-1488**
www.ahhelaw.com