# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
SWISS RE CORPORATE SOLUTIONS CAPACITY
INSURANCE CORPORATION
F/K/A FIRST SPECIALTY INSURANCE
CORPORATION,                                    Index No. 652985/2022

                Plaintiff,

  v.                                           **NOTICE OF MOTION**

JEFFERSON PARISH SCHOOL BOARD, CERTAIN
UNDERWRITERS AT LLOYD'S LONDON
SUBSCRIBING TO POLICY NO. AMR-58230-04,
INDIAN HARBOR INSURANCE COMPANY,
QBE SPECIALTY INSURANCE COMPANY,
STEADFAST INSURANCE COMPANY,
GENERAL SECURITY INDEMNITY COMPANY
OF ARIZONA, UNITED SPECIALTY INSURANCE
COMPANY, LEXINGTON INSURANCE COMPANY,
HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION
INSURANCE COMPANY, GEOVERA SPECIALTY
INSURANCE COMPANY, TRANSVERSE SPECIALTY
INSURANCE COMPANY, LANDMARK AMERICAN
INSURANCE COMPANY, CERTAIN UNDERWRITERS
AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO.
VNB-CN- 0002286-02, CERTAIN UNDERWRITERS AT
LLOYD'S LONDON AND OTHER INSURERS
SUBSCRIBING TO POLICY NO. VRN-CN-0002286-02,
INTERSTATE FIRE & CASUALTY COMPANY,
AND INDEPENDENT SPECIALTY INSURANCE COMPANY,
ARCH SPECIALTY INSURANCE COMPANY, EVEREST
INDEMNITY INSURANCE COMPANY, NATIONAL FIRE
& MARINE INSURANCE COMPANY, AND CERTAIN
UNDERWRITERS AT LLOYD'S, LONDON SEVERALLY
SUBSCRIBING TO CERTIFICATE NO.B1102N0017621000,

                Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the accompanying Combined Affirmation and

Memorandum of Law, dated September 9, 2022, and the exhibits annexed thereto, and upon all

prior pleadings and proceedings had herein, Defendant, JEFFERSON PARISH SCHOOL BOARD

("JPSB"), will move this Court, located at Part 13, New York County Courthouse, 60 Centre Street, Room 422, New York, NY 10007 on the 12th day of October, 2022, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order:

(1) dismissing the action as to JPSB, pursuant to CPLR § 3211(a)(8), for lack of any basis for personal jurisdiction;

(2) dismissing the action as to JPSB as it is immune from suit in New York State Court (*Franchise Tax Board of California v. Hyatt*, 139 S. Ct. 1485 (2019);

(3) dismissing the action, pursuant to CPLR § 327(a), based on forum non-conveniens; and

(4) granting JPSB such other and further relief as this court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to CPLR § 2214(b), answering papers, if any, are required to be served upon the undersigned at least seven (7) days before the return date of this motion.

Dated: New York, New York
       September 13, 2022

Yours, etc.

*Brady Williamson*
By: Brady Williamson, Esq.
Salzano, Lampert & Wilson, LLP
275 Madison Avenue, 35th Floor
New York, New York 10016
Telephone: (646) 863-1883
Facsimile: (646) 365-3119
bwilliamson@slwlawoffices.com
*Attorneys for Defendant*
*Jefferson Parish Schoolboard*

To:

All Counsel and Parties
Via E-file