# EXHIBIT C

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

May 20, 2022

Mr. Tony R. Moore
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 22-30111   In re: Mt. Hawley Insurance
                            USDC No. 2:21-CV-3031

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Whitney M. Jett, Deputy Clerk
                         504-310-7772

cc:
    Mr. Jessie B. Callahan
    Mr. John Mark Fezio
    Ms. Abigail Gerrity
    Mr. Matthew Martin Mize
    Mr. Seth Andrew Schmeeckle
    Mr. Greg Keith Winslett

Case 2:21-cv-02900-JB-CBW Document 16 Filed 05/20/22 Page 3 of 4
Case: 22-30111 Document: 00516326830 Page: 1 Date Filed: 04/28/2022

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 28, 2022
Lyle W. Cayce
Clerk

No. 22-30111

In re Mt. Hawley Insurance Company,

*Petitioner.*

___

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Louisiana
USDC No. 2:21-CV-3031

___

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for writ of mandamus is GRANTED. The district court is ordered to vacate its January 27, 2022 Memorandum Order and enter in its place an order transferring this case to the United States District Court for the Southern District of New York.

# United States Court of Appeals for the Fifth Circuit

---

No. 22-30111
USDC No. 2:21-CV-3031

---

In re Mt. Hawley Insurance Company,

*Petitioner.*

## WRIT OF MANDAMUS

To the Honorable James Cain, Judge of the United States District Court for the Western District of Louisiana:

The United States Court of Appeals for the Fifth Circuit granted the petition for writ of mandamus on April 28, 2022.

You are hereby ORDERED to vacate the January 27, 2022 Memorandum Order and enter in its place an order transferring this case to the United States District Court for the Southern District of New York.

Done this day, April 28, 2022.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT



A True Copy
Certified order issued May 20, 2022

Clerk, U.S. Court of Appeals, Fifth Circuit